**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   BELINDA SEGEL,                              No. 06-0010 MMC

12          Plaintiff,                           **ORDER REQUIRING DEFENDANT TO**
                                                 **SHOW CAUSE WHY ACTION SHOULD**
13     v.                                        **NOT BE REMANDED**

14   CROSS COUNTRY TRAVCORPS, INC.,

15          Defendant
     _____/
16

17          Before the Court is defendant's Notice of Removal, filed January 6, 2006, in which

18   notice defendant asserts the federal district court has diversity jurisdiction under 28 U.S.C.

19   § 1332(a).  In support of the jurisdictional amount, defendant, relying wholly on the

20   allegations of plaintiff's complaint, asserts that the matter in controversy exceeds the sum

21   of $75,000.  The complaint, while indicating that plaintiff has lost two months of wages and

22   incurred moving costs as a result of defendant's termination of plaintiff's employment as a

23   nurse, does not include allegations from which the Court can conclude that plaintiff's

24   damages exceed the sum of $75,000.  Further, although the complaint's prayer for relief

25   references an award of attorney's fees, the complaint does not refer to the existence of any

26   contract or statute under which any such award could be possible.  As a consequence,

27   defendant, having relied only on the allegations of the complaint, fails to make the requisite

28   showing that the amount in controversy exceeds $75,000.

Accordingly, no later than January 23, 2006, defendant shall show cause in writing why the action should not be remanded.  Plaintiff, no later than January 30, 2006, may file a reply to defendant's response to this Order.

As of January 30, 2006, the Court will take the matter under submission.

**IT IS SO ORDERED.**

Dated:  January 11, 2006

MAXINE M. CHESNEY
United States District Judge