1  SEYFARTH SHAW LLP
   Thomas R. Kaufman (State Bar No.: 177936)
2  Andrew M. McNaught (State Bar No.: 209093)
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendant
   CROSS COUNTRY TRAVCORPS, INC.
6
   LAW OFFICE OF ANDREW P. ALTHOLZ
7  Andrew P. Altholz (State Bar No.: 152713)
   233 Wilshire Blvd., 4th Fl.
8  Santa Monica, California 90401
   Telephone: (310) 451-0789
9  Facsimile: (310) 821-4905

10 Attorney for Plaintiff
   BELINDA SEGEL
11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
   BELINDA SEGEL,                          )  Case No. C 06 0010 MMC
14                                          )
              Plaintiff,                    )  **STIPULATION FOR DISMISSAL**
15                                          )  **WITH PREJUDICE AND [PROPOSED]**
        v.                                  )  **ORDER**
16                                          )
   CROSS COUNTRY TRAVCORPS, INC., a         )
17 Delaware corporation; and DOES 1 through 10, )
                                            )
18            Defendants.                    )
                                            )
19 _____ )

20

21         IT IS HEREBY STIPULATED by and between Plaintiff BELINDA SEGEL and

22 Defendant CROSS COUNTRY TRAVCORPS, INC., through their respective counsel of record,

23 that Plaintiff's entire complaint and all causes of action are dismissed WITH PREJUDICE.  Each

24 party will bear its own attorneys' fees and costs of suit.

25

26

27

28

                  STIPULATED DISMISSAL AND PROPOSED ORDER/C 06 0010 MMC

1  DATED: March 27th, 2006.

2

3

4

5

6

7  DATED: March 10, 2006.

8

9

10

11

12

13

14

15          IT IS SO ORDERED.

16

17  DATED: ___March 28, 2006___

18

19

20

21

22

23

24

25

26

27

28

SEYFARTH SHAW LLP

By: _____ /s/
          Thomas R. Kaufman
          Andrew M. McNaught

Attorneys for Defendant
CROSS COUNTRY TRAVCORPS, INC.


LAW OFFICE OF ANDREW P.
ALTHOLZ

By: _____ /s/
          Andrew P. Altholz

Attorneys for Plaintiff
BELINDA SEGEL


**ORDER**


_____
United States District Court Judge


2
STIPULATED DISMISSAL AND PROPOSED ORDER/C 06 0010 MMC